

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 2-08-009-CR**

CHRISTOPHER KERRY NORTON                                    APPELLANT

V.

THE STATE OF TEXAS                                                STATE

------------

FROM THE 213TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

On September 15, 2008, we abated this appeal because the original

certification of appellant's right of appeal was defective.[2] We ordered the trial

---

[1] *See* Tex. R. App. P. 47.4.

[2] Although the trial court's certification of appellant's right to appeal stated that this case "is not a plea-bargained case and the defendant has the right of appeal," the record shows that appellant pled guilty pursuant to a plea bargain. *See* Tex. R. App. P. 25.2(a)(2); *Shankle v. State*, 119 S.W.3d 808, 812–14 (Tex. Crim. App. 2003); *Carender v. State*, 155 S.W.3d 929, 930–31 (Tex. App.—Dallas 2005, no pet.) (applying *Shankle* to case in which State

court to file an amended certification of appellant's right of appeal. After receiving an amended notice of appeal from the trial court indicating that this case "is a plea-bargain case, and [appellant] has NO right of appeal," we reinstated the appeal and sent appellant a letter giving him the opportunity to show grounds why the appeal should not be dismissed based upon the new certification. *See* Tex. R. App. P. 25.2(d), 43.2(f). We have not received a response showing grounds for continuing the appeal.

Therefore, in accordance with the amended trial court certification, we dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006); *Jackson v. State*, 168 S.W.3d 239, 243 (Tex. App.—Fort Worth 2005, no pet.).

PER CURIAM

PANEL:  LIVINGSTON, J.; CAYCE, C.J.; and MCCOY, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  November 20, 2008

---

waived enhancement paragraphs, thus reducing the maximum punishment from ninety-nine years or life (enhanced first degree felony) to twenty years (second degree felony)).